In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-21-00088-CV**
_____

**MEMORIAL HEALTH SYSTEM OF EAST TEXAS D/B/A CHI ST. LUKE'S HEALTH MEMORIAL, Appellant**

**V.**

**EDWARD SIMON, Appellee**

_____

**On Appeal from the 258th District Court**
**Polk County, Texas**
**Trial Cause No. CIV30598**
_____

**MEMORANDUM OPINION**

Memorial Health System of East Texas d/b/a CHI St. Luke's Health Memorial (Memorial) moved to dismiss its appeal, asserting the trial court granted the plaintiff's (Edward Simon's) agreed motion for nonsuit and disposed of all the claims that are relevant to the appeal. Memorial made its motion voluntarily and filed it before we decided the appeal. *See* Tex. R. App. P. 42.1(a)(1). No other party

1

appealed. We conclude the motion should be granted, so we grant the motion and dismiss the appeal.

APPEAL DISMISSED.

PER CURIAM

Submitted on June 9, 2021
Opinion Delivered June 10, 2021

Before Golemon, C.J., Horton and Johnson, JJ.